THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **RLP VENTURES LLC.** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**ALL HANDS INSTRUCTION NFP** )<br>)<br>Defendant, )<br>) | Civ. No. 1:18-cv-03988 |

**DECLARATION OF JEROME GREEN IN SUPPORT OF DEFENDANT ALL HANDS INSTRUCTION'S MOTION TO DISMISS OR TRANSFER**

I, Jerome Green, hereby swear and affirm as follows:

1. I am the Executive Director, Director, and President of All Hands Instruction NFP ("All Hands"), Defendant in the above-captioned action and submit this declaration in support of All Hands' Motion to Dismiss or, In the Alternative, to Transfer Venue ("Motion to Dismiss").

2. I have personal knowledge about and am competent to testify to the matters stated herein.

3. I am 50 years old and currently reside at 445 East 42nd Street, Chicago, Illinois 60653.

4. All Hands is an Illinois not-for-profit corporation that is exempt from Federal income tax under Internal Revenue Code Section 501(c)(3). All Hands' principal place of business is located at 445 East 42nd Street, Chicago, Illinois 60653.

5. I have served in the roles of Executive Director, Director, and President of All Hands since its founding in August 2012.

6. In addition to acting as Director, Director, and President of All Hands, I am also a full-time 3rd through 5th grade school teacher at Carter G. Woodson Elementary School in Chicago, IL. Traveling to New York and appearing at proceedings in New York will be burdensome in maintaining my day-to-day responsibilities at both positions.

7. All Hands, is the registered owner of Trademark No. 4,770,195, for the service mark "MOSAYEC."

8. "MOSAYEC®" is an acronym for Multi-Overlay and Strategic Array of Youth Extracurriculars, and is the name of All Hands' MOSAYEC® platform. The phrase was conceived by me in Chicago, Illinois in December 2012.

9. The purpose of the MOSAYEC® platform is to provide a platform by which children and youth may evaluate, select, and plan extracurricular activities that advance personal, educational, and career goals.

10. The MOSAYEC® platform is designed to connect local Chicago schoolchildren with Chicago- and Illinois-based extracurricular activities, including social, cultural, and educational activities in Chicago and the surrounding area.

11. On or about May, 2014, All Hands retained the services of Highgate Creative of Wheaton, Illinois, to design and create the web-based platform that All Hands provided under its MOSAYEC® mark. All pages comprising the MOSAYEC® web-based software were designed and created by Highgate Creative and displayed solely on All Hands' website at the URL of http://www.mosayec.org. To the best of my knowledge, all activities surrounding the creation and maintenance of All Hands' website occurred either in Chicago, IL or Wheaton, IL. The MOSAYEC® website was hosted through QuadraNet, Inc.'s servers in Los Angeles, California.

12. All Hands launched its web-based platform bearing the MOSAYEC® mark on September 13, 2014.

13. The MOSAYEC® platform does not buy, sell, or offer for sale any goods or services, and has never done so.

14. All Hands' MOSAYEC® website provides for user registration, allowing children and youth to create an account by providing personal information, such as full name, parent's name, grade in school, and subjects of interest to the user. Registered users may log on to their accounts on the web-based software to keep records of events or activities the user attends or plans to attend, including the date, time, and subject matter of the event or activity. Users of the

web-based software can store photographs or other digital information about the event or activity, although, to the best of my knowledge, no user has ever actually done so.

15. Besides user registration and allowing users to personally record events and activities, the MOSAYEC® website is purely informational, describing MOSAYEC®'s mission and how the MOSAYEC® platform works. Visitors cannot make donations through the MOSAYEC® website.

16. To the best of my knowledge, to date, there have been fewer than 12 registered users on the MOSAYEC® platform.

17. To the best of my knowledge, every single registered user has been from Illinois. The users were students from either Chicago, IL, or Arlington Heights, IL who attended the MOSAYEC® platform's launch event held in Chicago on September 13, 2014

18. To the best of my knowledge, none of the MOSAYEC® platform's registered users have been from New York.

19. The MOSAYEC® website has never hosted any advertisements.

20. The MOSAYEC® platform is not currently active, and has not been active since approximately November, 2015. It is not currently accessible online, and, to the best of my knowledge, is not currently being hosted.

21. All Hands currently maintains a Facebook page for the MOSAYEC® platform, at https://www.facebook.com/mosayec. The MOSAYEC® Facebook page was created on July 10, 2014, and is categorized as a "Community" (*see* https://www.facebook.com/pg/mosayec/about/?ref=page_internal).

22. The MOSAYEC® Facebook page was created and updated in Illinois.

23. All Hands does not buy, sell, or offer for sale any goods or services through or by way of the MOSAYEC® Facebook page, and to the best of my knowledge, All Hands has never done so.

24. As of July 23, 2018, the MOSAYEC® Facebook page is not currently running any ads in the United States (*see* https://www.facebook.com/pg/mosayec/ads/?ref=page_internal), and to the best of my knowledge, it has never done so.

25. From September, 2014 to November, 2014 All Hands (previously "All 7") ran an "Indiegogo" campaign to raise money for its MOSAYEC® platform (https://www.indiegogo.com/projects/all-7-making-afterschool-scholarships-possible#/). Since 2014, the campaign raised $383 USD in donations from 10 "backers." I can confirm that seven of these backers were neighbors, local friends, and community members from Chicago, IL, and Arlington Heights, IL. Two of the backers made anonymous donations totaling $70 USD, and one backer, who made a donation of $19 USD, did not reveal his or her identity either to me or on the Indiegogo website other than the initials "mcc299."

26. All Hands, through its MOSAYEC® platform, does not derive any revenue from goods or services sold, in New York or otherwise.

27. To date, All Hands has generated approximately $3500 in revenue. This revenue was generated from the MOSAYEC® Indiegogo campaign, one personal donation of approximately $500 from an individual working in Arlington Heights, IL, a travel stipend of approximately $500 to attend an educational conference in New Orleans, LA, and two travel stipends of approximately $1500 and $1000, respectively, to attend educational conferences in

Irvine CA.  None of that revenue was generated in New York or from New York residents.  All Hands has never made a profit in a fiscal year to date.

28. All Hands has not actively advertised to or solicited business from any individuals from New York to make online donations or attend any fundraising events.

29. All Hands does not target users, plan events, or advertise in New York.

30. All Hands does not own or use any real property in New York State.

31. All Hands currently has four board members: Ayana Herron, John Allison, Jill Goodmanson, and Debbie Morrison.  Each of these board members resides in Illinois besides Debbie Morrison, who moved from Chicago, IL to Minneapolis, MN in 2017.

32. All Hands' board members have knowledge regarding the MOSAYEC® mark and the MOSAYEC® platform.  In particular, Directors Jill Goodmanson and John Allison are knowledgeable about various corporate matters related to the MOSAYEC® mark, as well as the MOSAYEC® platform and website, including but not limited to, its conception, creation, mission, and promotion.  Director Debbie Morrison is knowledgeable about All Hands' finances and management.  Board Member Ayana Herron is knowledgeable about day-to-day management, board meetings, and administrative issues.  Former board member Jennifer Green, residing in Chicago, IL, is also knowledgeable about these topics.

33. Certain individuals and consultants for All Hands have knowledge about the services offered under the MOSAYEC® platform and All Hands' website.  For example, consultant Jay Beaton has advised All Hands' on issues related to social media.  Consultants Anisha Patel and Bina Patel have advised on the operation of Illinois K-12 platforms and extracurricular activities in the school district.  Brad Cathey and Sean Zellmer were retained by

5

All Hands to advise on issues regarding the MOSAYEC® platform and All Hands' website. All of these individuals reside in Illinois.

34. To the best of my knowledge, all documents related to All Hands' activities with respect to the MOSAYEC® platform, such as records of users and accounting, are located at All Hands' office in Chicago, IL or with Highgate Creative in Wheaton, IL.

35. In the course of my duties with All Hands and the MOSAYEC® platform, I have never traveled to, conducted activities within, contacted anyone in, or knowingly sent anything or anyone to New York.

36. To my knowledge, no one associated with All Hands or the MOSAYEC® platform has, in the course of their duties, traveled to, conducted activities within, contacted anyone in, or sent anything or anyone to New York.

Dated: July 30, 2018

*Jerome Green*

JEROME GREEN
Executive Director, Director,
and President,
All Hands Instruction