UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **RLP VENTURES LLC.**<br><br>  Plaintiff,<br><br>v.<br><br>**ALL HANDS INSTRUCTION NFP**<br><br>  Defendant, | Civ. No. 1:18-cv-03988<br><br>DECLARATION OF<br>KEVIN J. POST<br>IN SUPPORT OF DEFENDANT'S<br>MOTION TO DISMISS OR TO<br>TRANSFER VENUE |

I, Kevin J. Post, hereby declare and state as follows:

1. I am an attorney admitted to practice law in the State of New York and the District of Columbia. I am a partner at the law firm of Ropes & Gray LLP, counsel for Defendant All Hands Instruction NFP ("All Hands") in the above-captioned matter. I am admitted to practice in the United States District Court for the Southern District of New York.

2. I have personal knowledge of the facts set forth herein and submit this Declaration in support of Defendant All Hands' Motion to Dismiss or to Transfer Venue.

3. Attached as Exhibit A is a true and correct copy of a webpage from the United States Patent and Trademark Office website titled "TTABVUE. Trademark Trial and Appeal Board Inquiry System," accessed July 16, 2018, which is available at http://ttabvue.uspto.gov/ttabvue/v?pnam=RLP%20Ventures,%20LLC%20%20&page=1. These search results were obtained by submitting "RLP Ventures" as a "Party" at the following TTAB website: http://ttabvue.uspto.gov/ttabvue/v.

1

2

Signed this 30th day of July, 2018, in New York, NY.

_____
Kevin J. Post
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000