# EXHIBIT A



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**TTABVUE. Trademark Trial and Appeal Board Inquiry System**     v1.9

# Summary

**Query:** Party Name contains all words: RLP VENTURES, LLC
**Number of results:** 41
**Results are in reverse chronological order**

Page #1. Go to page: [1]   2 Next

| Proceeding Filing Date | Defendant(s), Property(ies) | Plaintiff(s), Property(ies) |
|---|---|---|
| 91241882 06/18/2018 | VIS ACTIVA LLC **Mark:** MOSAIC ROADS **S#:** 87584367 | RLP Ventures, LLC **Mark:** MOSAEC **S#:** 87226106 **Mark:** MOSAEC **S#:** 86587316 **R#:** 5409856 **Mark:** MOSAEC **S#:** 87159118 **R#:** 5284032 **Mark:** MOSAEC **S#:** 87448872 **R#:** 5335465 |
| 91241706 06/10/2018 | The Skanner Foundation **Mark:** VANPORT MOSAIC **S#:** 87630710 | RLP Ventures, LLC **Mark:** MOSAEC **S#:** 87226106 **Mark:** MOSAEC **S#:** 87469079 **Mark:** MOSAEC **S#:** 86587316 **R#:** 5409856 **Mark:** MOSAEC **S#:** 87159118 **R#:** 5284032 **Mark:** MOSAEC **S#:** 87448872 **R#:** 5335465 |
| 91241388 05/25/2018 | Enseo, Inc. **Mark:** MOSAIC **S#:** 87675303 | RLP Ventures, LLC **Mark:** MOSAEC **S#:** 87226106 **Mark:** MOSAEC **S#:** 86587316 **R#:** 5409856 **Mark:** MOSAEC **S#:** 87159118 **R#:** 5284032 **Mark:** MOSAEC **S#:** 87448872 **R#:** 5335465 |
| 87675303 04/04/2018 | Enseo, Inc. **Mark:** MOSAIC **S#:** 87675303 | RLP Ventures, LLC |
| 91240378 03/30/2018 | Windgate Consulting, Inc. **Mark:** MOSAIC **S#:** 87611099 | RLP Ventures, LLC **Mark:** MOSAEC **S#:** 87159118 **R#:** 5284032 **Mark:** MOSAEC **S#:** 87146880 **R#:** 5166424 **Mark:** MOSAEC **S#:** 87226106 **Mark:** MOSAEC **S#:** 86587316 **R#:** 5409856 |
| 87584367 02/22/2018 | VIS ACTIVA LLC **Mark:** MOSAIC ROADS **S#:** 87584367 | RLP Ventures, LLC |

| Proceeding Filing Date | Defendant(s), Property(ies) | Plaintiff(s), Property(ies) |
|---|---|---|
| 91239661 02/22/2018 | FADM LLC  Mark: MOSAIC S#:87245658 | RLP Ventures, LLC  Mark: MOSAEC S#:87226106  Mark: MOSAEC S#:87159118 R#:5284032  Mark: MOSAEC S#:87146880 R#:5166424 |
| 87630710 02/15/2018 | The Skanner Foundation  Mark: VANPORT MOSAIC S#:87630710 | RLP Ventures, LLC |
| 87611099 01/31/2018 | Windgate Consulting, Inc.  Mark: MOSAIC S#:87611099 | RLP Ventures, LLC |
| 91239163 01/27/2018 | Our Sunday Visitor, Inc.  Mark: MOSAIC CUSTOMER PORTAL S#:87587420  Mark: MOSAIC CUSTOMER PORTAL S#:87587422 | RLP Ventures, LLC  Mark: MOSAEC S#:87226106  Mark: MOSAEC S#:86587316  Mark: MOSAEC S#:87159118 R#:5284032  Mark: MOSAEC S#:87146880 R#:5166424 |
| 87245658 12/30/2017 | FADM LLC  Mark: MOSAIC S#:87245658 | RLP Ventures, LLC  Mosaic Parent Holdings, Inc. |
| 91238326 12/12/2017 | ELLUM Audio LLC  Mark: MOSAIC S#:86865065 | RLP Ventures, LLC  Mark: MOSAEC S#:87226106  Mark: MOSAEC S#:87146935  Mark: MOSAEC S#:86587316 |
| 92067481 12/01/2017 | Life Line, Inc. dba 1st Choice Women's Health Center  Mark: MOSAIC VIRGINIA S#:86476223 R#:4849517 | RLP Ventures, LLC  Mark: MOSAEC S#:87469079  Mark: MOSAEC S#:87226106  Mark: MOSAEC S#:87159118 R#:5284032 |
| 87587420 11/28/2017 | Our Sunday Visitor, Inc.  Mark: MOSAIC CUSTOMER PORTAL S#:87587420 | Mosaic Parent Holdings, Inc.  RLP Ventures, LLC |
| 87587422 11/28/2017 | Our Sunday Visitor, Inc.  Mark: MOSAIC CUSTOMER PORTAL S#:87587422 | RLP Ventures, LLC  Mosaic Parent Holdings, Inc. |
| 86865065 11/07/2017 | ELLUM Audio LLC  Mark: MOSAIC S#:86865065 | RLP Ventures, LLC |
| 91237616 11/03/2017 | LaWana Harris  Mark: MOSAIC LEADERSHIP S#:87424553 | RLP Ventures, LLC  Mark: MOSAEC S#:87226106 S#:87670342  Mark: MOSAEC S#:86587316  Mark: MOSAEC S#:87159118 R#:5284032 |
| 91236886 09/22/2017 | Ellum Audio LLC  Mark: MOSAIC BY MACEO S#:86865063 | RLP Ventures, LLC  Mark: MOSAEC S#:87226106  Mark: MOSAEC S#:86587316 |
| 87424553 09/05/2017 | LaWana Harris  Mark: MOSAIC LEADERSHIP S#:87424553 | RLP Ventures, LLC |
| 86865063 07/25/2017 | ELLUM Audio LLC  Mark: MOSAIC BY MACEO S#:86865063 | RLP Ventures, LLC |

| Proceeding Filing Date | Defendant(s), Property(ies) | Plaintiff(s), Property(ies) |
|---|---|---|
| 91235666 07/19/2017 | Academy, Ltd. **Mark:** MOSAIC **S#:** 86592886 | RLP Ventures, LLC **Mark:** MOSAEC **S#:** 87277362 |
| 91234812 05/31/2017 | Mosaic United, Ltd. **Mark:** MOSAIC UNITED A STRONGER JEWISH FUTURE.TOGETHER. **S#:** 87158657 | RLP Ventures, LLC **Mark:** MOSAEC **S#:** 87226106 **S#:** 87469079 **Mark:** MOSAEC **S#:** 86587316 **Mark:** MOSAEC **S#:** 87159118 **Mark:** MOSAEC **S#:** 87448872 **Mark:** MOSAEC **S#:** 87146880 **R#:** 5166424 |
| 92066135 05/15/2017 | NLDA Associates Inc. DBA NLDA **Mark:** MOSAIC **S#:** 85448840 **R#:** 4496799 | RLP Ventures, LLC **Mark:** MOSAEC **S#:** 87277362 **Mark:** MOSAEC **S#:** 87226106 **Mark:** MOSAEC **S#:** 86587316 **Mark:** MOSAEC **S#:** 87159118 **S#:** 87448872 |
| 91234665 05/19/2017 | Univision Communications Inc. **Mark:** MOSAICO TRADING **S#:** 86972608 | RLP Ventures, LLC **Mark:** MOSAEC **S#:** 87159118 |
| 92066114 05/17/2017 | Mosaic By Ali Clothing, LLC **Mark:** MOSAIC BY ALI **S#:** 86726192 **R#:** 5025342 **Mark:** MOSAIC BY ALI **S#:** 86726193 **R#:** 5030109 | RLP Ventures, LLC **Mark:** MOSAEC **S#:** 87146935 |

Page #1. Go to page: [1]   2 Next

Results as of 07/16/2018 07:38 AM                                          Search again



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**TTABVUE. Trademark Trial and Appeal Board Inquiry System**   v1.9

## Summary

**Query:** Party Name contains all words: RLP VENTURES, LLC
**Number of results:** 41
**Results are in reverse chronological order**

Page #2. Go to page: Previous 1 |2 |

| Proceeding Filing Date | Defendant(s), Property(ies) | Plaintiff(s), Property(ies) |
|---|---|---|
| 91234006 04/14/2017 | Elysium Health, Inc. **Mark:** MOSAIC BY ELYSIUM **S#:** 86932362 | RLP Ventures, LLC **Mark:** MOSAEC **S#:** 87226106 **Mark:** MOSAEC **S#:** 86587316 **Mark:** MOSAEC **S#:** 87159118 **Mark:** MOSAEC **S#:** 87146880 **R#:** 5166424 |
| 86592886 04/12/2017 | Academy, Ltd. **Mark:** MOSAIC **S#:** 86592886 | RLP Ventures, LLC |
| 91233475 03/17/2017 | Erroll Southers LLC **Mark:** MOSAIC OF ENGAGEMENT **S#:** 87134823 | RLP Ventures, LLC **Mark:** MOSAEC **S#:** 87226106 **Mark:** MOSAEC **S#:** 87277362 **Mark:** MOSAEC **S#:** 87146935 **Mark:** MOSAEC **S#:** 86587316 **Mark:** MOSAEC **S#:** 87159118 **Mark:** MOSAEC **S#:** 87146880 |
| 86932362 02/28/2017 | Elysium Health, Inc. **Mark:** MOSAIC BY ELYSIUM **S#:** 86932362 | RLP Ventures, LLC |
| 87158657 02/23/2017 | Mosaic United, Ltd. **Mark:** MOSAIC UNITED A STRONGER JEWISH FUTURE.TOGETHER. **S#:** 87158657 | RLP Ventures, LLC |
| 91232890 02/14/2017 | Elysium Health, Inc. **Mark:** MOSAIC **S#:** 86932375 | RLP Ventures, LLC **Mark:** MOSAEC **S#:** 87226106 **Mark:** MOSAEC **S#:** 86587316 **Mark:** MOSAEC **S#:** 87159118 **Mark:** MOSAEC **S#:** 87146880 |
| 86972608 02/13/2017 | Univision Communications Inc. **Mark:** MOSAICO TRADING **S#:** 86972608 | RLP Ventures, LLC |
| 87134823 02/13/2017 | Erroll Southers LLC **Mark:** MOSAIC OF ENGAGEMENT **S#:** 87134823 | RLP Ventures, LLC |
| 86932375 11/14/2016 | Elysium Health, Inc. **Mark:** MOSAIC **S#:** 86932375 | RLP Ventures, LLC |
| 91230917 11/01/2016 | RLP Ventures, LLC **Mark:** POLITICAL TINDER **S#:** 86334642 | Match Group, LLC (substituted for Tinder, Inc. as party Opposer) **Mark:** TINDER **S#:** 77229124 |

| Proceeding Filing Date | Defendant(s), Property(ies) | Plaintiff(s), Property(ies) |
|---|---|---|
| | | R#: 3998405<br>Mark: TINDER S#: 85980800<br>R#: 4479131<br>Mark: TINDER PLUS S#: 86607889<br>R#: 4907511<br>Mark: TINDER S#: 86607898<br>R#: 4976225 |
| 86334642<br>09/07/2016 | RLP Ventures, LLC<br>Mark: POLITICAL TINDER S#: 86334642 | Tinder, Inc. |
| 91228593<br>06/22/2016 | Focus Approach, LLC<br>Mark: LAW SCHOOL IRAC THE FOCUS APPROACH S#: 86554989 | RLP Ventures, LLC<br>Mark: IRAC S#: 87075978<br>Mark: IRAC CHALLENGE S#: 87076136<br>S#: 87077703 |
| 86554989<br>03/23/2016 | Focus Approach, LLC<br>Mark: LAW SCHOOL IRAC THE FOCUS APPROACH S#: 86554989 | RLP Ventures, LLC |
| 92062870<br>12/28/2015 | All Hands Instruction NFP<br>Mark: MOSAYEC S#: 86307088<br>R#: 4770195 | RLP Ventures, LLC<br>Mark: MOSAEC S#: 86587316 |
| 91220748<br>02/23/2015 | RLP Ventures, LLC<br>Mark: FRAMIATI S#: 86309802 | Framkat, LP and Framesi SpA<br>Mark: F FRAMESI S#: 73316257<br>R#: 1257291 |
| 86309802<br>11/13/2014 | RLP Ventures, LLC<br>Mark: FRAMIATI S#: 86309802 | Framkat, LP |

Page #2. Go to page: Previous 1 [2]

Results as of 07/16/2018 07:39 AM                                    Search again

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY POLICY |