UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
RLP VENTURES LLC,

                       Plaintiff,

    -against-

ALL HANDS DOWN INSTRUCTION NFP,

                       Defendant.
---------------------------------------------------------------X

18 **CIVIL** 3988

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated March 22, 2019, RLP Ventures motion to stay the action is denied and the All Hands Motion to dismiss the action for lack of jurisdiction and venue is granted.

**Dated:** New York, New York
         April 3, 2019

                                                   **RUBY J. KRAJICK**

                                                   **Clerk of Court**

                             **BY:**

                                                 **Deputy Clerk**